UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-9193-DSF (KS)                                    Date: March 17, 2021

Title    _Rene Cazares v. J. Pickett_


Present:  The Honorable:    Karen L. Stevenson, United States Magistrate Judge


|                Gay Roberson                |                  N/A                  |
| :----------------------------------------: | :-----------------------------------: |
|                Deputy Clerk                |        Court Reporter / Recorder      |

         Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On October 6, 2020, Petitioner, a California state prisoner proceeding _pro se_, filed a Petition for Writ of Habeas Corpus (the "Petition") pursuant to 28 U.S.C. § 2254.  (Dkt. No. 1.) According to the Petition, Petitioner is challenging a 1994 conviction and sentence for second-degree robbery and related offenses.  (_See id._ at 1, 16.)[1]  On October 15, 2020, the Court notified Petitioner that the Petition appeared to be untimely by more than two decades and ordered Petitioner to file a First Amended Petition no later than November 13, 2020 that establishes why the Petition should not be dismissed on statute of limitations grounds.  (Dkt. No. 3.)  Petitioner subsequently requested and received two extensions of time (Dkt. Nos. 4, 5, 6, 7), which extended his deadline for filing a First Amended Petition to February 19, 2021 (Dkt. No. 7).

On March 5, 2021, Petitioner filed an Application to Proceed _In Forma Pauperis_ (Dkt. No. 8) but no First Amended Petition was attached.  More than three weeks have now passed since Plaintiff's February 19, 2021 deadline for filing a Fist Amended Petition, and Petitioner has neither filed the First Amended Petition nor requested an extension of time to do so.  Accordingly, the action is now subject to dismissal under Rule 41(b) of the Federal Rules of Civil Procedure—as well as pursuant to Rule 4 of the Habeas Rules.  Nevertheless, in the interests of justice, the Court grants Petitioner one <u>final</u> opportunity to file a First Amended Petition.

\\
\\
\\

---

[1]     For ease of reference, the Court cites to the page numbers assigned by the Court's Electronic Case Filing System.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-9193-DSF (KS)                           Date: March 17, 2021

Title      _Rene Cazares v. J. Pickett_

Accordingly, **IT IS HEREBY ORDERED** that, no later than April 7, 2021, Petitioner shall file <u>one</u> of the following:

(1) a First Amended Petition that complies with the Court's October 14, 2020 Order, a copy of which is attached to this Order; or

(2) a signed application for an enlargement of time <u>and</u> competent evidence, such as a declaration signed under penalty of perjury, demonstrating good cause for such an extension.

Alternatively, if Petitioner does not wish to proceed with this action at this time, he may file a <u>signed</u> document entitled "Notice Of Voluntary Dismissal" and the action will be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Petitioner is advised that his failure to comply with this Order and establish timeliness on or before the April 7, 2021 deadline <u>will</u> result in a recommendation of dismissal.**

The Clerk is directed to send Petitioner a copy of the Central District's form habeas petition and a copy of the Court's October 14, 2020 Order (Dkt. No. 3).

**IT IS SO ORDERED**.

                                                        _____
                                                                  :
                                          **Initials of Preparer**   gr