# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE CAZARES, | NO. CV 20-9193-DSF (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| J. PICKETT, Warden, | |
| Respondent. | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 28, 2021

*Dale S. Fischer*
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE